UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANA PONTIER NUNEZ and RAMONA MABEL
TEJADA ESPINAL,

                      Plaintiffs,                      23 Civ. 1332 (JPC)

       -v-                                         ORDER

STEVE LIVESTOCK HAULING LLC and DUSTIN L.
HUBERT,

                      Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of the parties' proposed Case Management Plan ("CMP"), which was filed at Docket Number 13-1 in advance of the Initial Pretrial Conference scheduled for September 12, 2024, at 3:00 p.m. In the CMP, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. Dkt. 13-1 at 1; *see* 28 U.S.C. § 636(c). Should the parties wish to consent to the jurisdiction of a U.S. Magistrate Judge to conduct all further proceedings in this case, the parties may submit a Notice of Consent, which may be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, no later than September 11, 2024.

       SO ORDERED.

Dated: September 6, 2024
       New York, New York

                                                                JOHN P. CRONAN
                                                                United States District Judge