WWW.GVLAW.COM

# GALLO VITUCCI KLAR
LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/25

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

**MEMO ENDORSED**

> Application GRANTED to the extent that the status conference scheduled for June 10, 2025 will be ADJOURNED to **July 29, 2025 at 11:00 a.m.** The parties must submit their joint status update letter no later than **July 23, 2025**. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> June 5, 2025

**BY ECF Only**
Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Nunez v. Steve Livestock Hauling LLC et al.
      Case No.: 1:23-cv-01332

Your Honor:

In furtherance of the status report (ECF Doc. No. 31), the parties submit this joint letter motion seeking to adjourn the June 10, 2025 status conference to a date after the submission of the proposed July 23, 2025 status report and/or after the disclosure of the expert rebuttal reports.

Respectfully submitted,

Sherri A. Jayson

cc:   Michael Mahan, Esq. (By ECF Only)
      Michael Ross, Esq. (By ECF Only)

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004 • 212.683.7100