UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA PONTIER NUNEZ and RAMONA MABEL TEJADA ESPINAL,

                Plaintiffs,

-against-

STEVE LIVESTOCK HAULING LLC and DUSTIN L. HUBERT,

                Defendants.

1:23-cv-01332 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received the parties' joint letter (Dkt. 34) requesting a referral to another Magistrate Judge for settlement. No later than **August 15, 2025**, the parties are directed to contact the Honorable Robyn F. Tarnofsky to schedule a settlement conference under Judge Tarnofsky's supervision.

    The status conference previously scheduled for July 29, 2025 is hereby ADJOURNED *sine die*. The summary judgment and joint pretrial order deadlines (Dkt. 19 ¶¶ 11-12) are hereby STAYED. However, the current discovery deadlines (Dkt. 30) remain in effect.

Dated: New York, New York
       July 28, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**