UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA PONTIER NUNEZ, et al., | 23-CV-01332 (BCM) (RFT) |
| Plaintiffs, | |
| -against- | **ORDER** |
| STEVE LIVESTOCK HAULING LLC, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order dated July 28, 2025 (ECF 35), Judge Barbara C. Moses referred this case to me for settlement.

A settlement conference is scheduled for **Thursday, August 28, 2025 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **August 21, 2025**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  August 5, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge